IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA MONIQUE BOTHELL and BRIAN KARRI BOTHELL, individually and as parents and natural guardians of BRIAN BOTHELL, JR., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> OHIO VALLEY GENERAL HOSPITAL, QUORUM HEALTH RESOURCES, LLC, individually and/or doing business as OHIO VALLEY GENERAL HOSPITAL and/or as successor in interest to QUORUM HEALTH RESOURCES, INC., STO-ROX OB/GYN WOMEN'S AND ADOLESCENCE HEALTH, individually and/or doing business as STO-ROX NEIGHBORHOOD HEALTH COUNCIL, INC., OOK JAI LEE, M.D., and JANE DOE, Nurse, <br><br> Defendants. | Civil Action No. 08-0989 <br><br> Hon. Gary L. Lancaster <br> U.S. District Judge <br><br> ELECTRONICALLY FILED |

## ORDER

AND NOW, this 21st day of July, 2008, upon consideration of the United States of America's Motion for Substitution of Party, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that said Motion is **GRANTED**, and Defendant Sto-Rox OB/GYN Women's and Adolescence Health, individually and/or doing business as Sto-Rox Neighborhood Health Council, Inc., is dismissed, with prejudice, from this action, and the United States of America is substituted as Defendant therefor for all further proceedings in this case.

/s/ Lancaster
UNITED STATES DISTRICT JUDGE

cc: All Counsel