**IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GINA MONIQUE BOTHELL and BRIAN KARRI BOTHELL, individually and as parents and natural guardians of BRIAN BOTHELL, JR., a minor** | **CIVIL ACTION NO. 08-0987** |
| Plaintiffs, | **Honorable Gary L. Lancaster U.S. District Judge** |
| v. | **Electronically Filed** |
| **OHIO VALLEY GENERAL HOSPITAL, et al.** | |
| Defendants. | |

**ORDER**

AND NOW, this ___19th___ day of ___Sept___, 2008, upon

consideration of the United States' Motion to Dismiss with Prejudice or, in the

alternative, for Summary Judgment, and Plaintiffs' Response in Opposition thereto, IT IS

HEREBY ORDERED that the United States' Motion is denied in part and granted in

part. The Motion seeking the United States' dismissal with prejudice and/or summary

judgment in favor of the United States is denied. However, the United States is

dismissed without prejudice, given the provisions of 28 U.S.C. §2679(d)(5), among

others of the Federal Tort Claims Act. The case is remanded to the Court of Common

Pleas of Allegheny County, under its docket number GD 07024692, for further

proceedings against the remaining defendants.

_____ J.